[Nos. 12312-6-II; 12742-3-II.   Division Two.   March 7, 1990.]

RENE J. FERRAN, *Respondent*, v. BERTHA M. FERRAN, *Appellant.*

RENE J. FERRAN, *Respondent*, v. REFRAN INVESTMENTS, ET AL, *Appellants.*

Appeals from judgments of the Superior Court for Pierce County, No. 87-2-07875-8, Donald H. Thompson, J., entered September 16, 1988, and March 14, 1989. *Reversed* by unpublished opinion per Petrich, A.C.J., concurred in by Worswick, J., and Petrie, J. Pro Tem.

[No. 23437-4-I.   Division One.   March 12, 1990.]

EMERALD CITY ROOFING, INC., *Appellant*, v. CHARLES R. MARKS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 88-2-00680-6, Charles S. Burdell, Jr., J., entered September 26, 1988. *Affirmed* by unpublished opinion per Webster, J., concurred in by Coleman, C.J., and Forrest, J.

[No. 12663-0-II.   Division Two.   March 14, 1990.]

SANDRA LEE GRANLUND, *Respondent*, v. RICKY L. CALTON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85-2-01946-1, Thomas R. Sauriol, J., entered February 17, 1989. *Reversed* by unpublished opinion per Alexander, C.J., concurred in by Petrich and Worswick, JJ.